AO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2021

# UNITED STATES DISTRICT COURT
Southern District of New York

Securities and Exchange Commission
 Plaintiff(s),
V.
Eric Malley
 Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21 Cv. 237 (VEC)

Notice is hereby given that, subject to approval by the court, **Eric Malley** (Party(s) Name) substitutes **Kerry Lawrence** (Name of New Attorney), State Bar No. **2349322** as counsel of record in place of **Michael Bellinger** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

 Firm Name: Calhoun & Lawrence, LLP
 Address: 81 Main Street, Suite 504, White Plains, NY 10601
 Telephone: (914) 946-5900  Facsimile (914) 946-5906
 E-Mail (Optional): klawrence@calhounlawrence.com

I consent to the above substitution.
Date: February 24, 2021
(Signature of Former Attorney) G. Michael Bellinger

I consent to being substituted.
Date: 2/24/21
(Signature of Party)

I consent to the above substitution.
Date: 2/25/21
(Signature of New Attorney) Kerry A. Lawrence

The substitution of attorney is hereby approved and so ORDERED.
Date: 2/25/2021
Judge: Valerie Caproni

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]