# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

    - against -

ERIC C MALLEY and
MG CAPITAL MANAGEMENT LP,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF MOTION

ECF Case

No. 21 Civ. 237 (VEC)


  PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the

complaint in criminal case *United States v. Eric Malley*, 21 Mag. 304; and the accompanying

memorandum of law, the United States of America, by its attorney Audrey Strauss, United States

Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the

Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and

staying civil proceedings until the conclusion of the parallel criminal case, *United States v. Eric*

1

*Malley*, 21 Mag. 304, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       February 25, 2021

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

                          By:     ___/s/_____
                                        Elizabeth Hanft
                                        Assistant United States Attorney
                                        One Saint Andrew's Plaza
                                        New York, New York 10007
                                        Telephone: (212) 637-2334

The Government's motion to intervene is GRANTED.  This case is
STAYED pending either a guilty plea or verdict in the parallel
criminal case, *United States v. Eric Malley*, 21 Mag. 304.  The
Government is directed to provide quarterly updates on the status of
Mr. Malley's criminal case, with the first one due on **April 1, 2021.**

SO ORDERED.

HON. VALERIE CAPRONI                        2/26/2021
UNITED STATES DISTRICT JUDGE