UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2021
```

-------------------------------------------------------------X

SECURITIES AND EXCHANGE           :
COMMISSION,                        :
                       Plaintiff,  :
                                   :
           -against-               :          21-CV-237 (VEC)
                                   :
ERIC C. MALLEY  and MG CAPITAL     :          ORDER
MANAGEMENT LP,                     :
                                   :
                      Defendants.  :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 26, 2021, the Court stayed this case pending either a guilty plea

or verdict in the parallel criminal case, *United States v. Eric Malley*, 21 Mag. 304 (now 21-CR-

215), *see* Dkt. 24; and

WHEREAS on December 2, 2021, Mr. Malley was sentenced in the parallel criminal

case, *see* 21-CR-215, Dkt. 45.

IT IS HEREBY ORDERED that the parties must, no later than **December 13, 2021**,

indicate whether there is any reason not to unstay this case.


**SO ORDERED.**

**Date:  December 8, 2021**              **VALERIE CAPRONI**
**       New York, New York**            **United States District Judge**